```
TIMOTHY COURCHAINE
U.S. Attorney
District of Arizona
SARAH B. HOUSTON
State Bar. No. 026691
ADAM D. ROSSI
State Bar. No. 028042
Assistant U.S. Attorneys
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: sarah.houston@usdoj.gov
       adam.rossi2@usdoj.gov
Attorneys for Plaintiff
```

FILED

2025 MAR -5 PM 1: 11

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

CR25-01353 TUC-AMM(MSA)

VICTIM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>vs.<br><br>Efrain Pacheco-Ovalles,<br><br>        Defendant. | **I N D I C T M E N T**<br><br>VIO: 18 U.S.C. §§ 111(a) & (b)<br>(Assault of a Federal Officer – Bodily Injury)<br>(Count 1)<br><br>21 U.S.C. § 846<br>(Conspiracy to Possess with Intent to Distribute Methamphetamine)<br>Count 2<br><br>8 U.S.C. § 1324(a)(1)(A)(v)(I)<br>8 U.S.C. § 1324(a)(1)(A)(ii)<br>8 U.S.C. § 1324(a)(1)(B)(i)<br>(Conspiracy to Transport Illegal Aliens for Profit)<br>Count 3 |

**THE GRAND JURY CHARGES:**

<u>COUNT 1</u>

On or about February 4, 2025, in the District of Arizona, EFRAIN PACHECO-OVALLES did intentionally and forcibly assault United States Border Patrol Agent C.C.,

1    a person designated under Title 18, United States Code, Section 1114 as a federal officer,
2    while Agent C.C. was engaged in and account of the performance of his official duties by
3    intentionally striking Agent C.C. on the side of his face which inflicted bodily injury.

        All in violation of Title 18, United States Code, Sections 111(a) & (b).

## COUNT 2

Beginning at a time unknown, to on or about February 4, 2025, in the District of Arizona, EFRAIN PACHECO-OVALLES did knowingly and intentionally combine, conspire, confederate and agree with persons known and unknown to the grand jury, to possess with intent to distribute 50 grams or more of methamphetamine, or 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii).

        All in violation of Title 21, United States Code, Section 846.

## COUNT 3

From a date unknown to on or about Febaury 4, 2025, in the District of Arizona, EFRAIN PACHECO-OVALLES, did knowingly and intentionally combine, conspire, confederate, and agree together and with various other persons known and unknown to the grand jury, to transport and move illegal aliens within the United States by means of transportation or otherwise, in furtherance of such violation of law, and did so for the purpose of commercial advantage or private financial gain.

///
///
///
///
///
///
///
///

1  All in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(v)(I), 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).

A TRUE BILL

/S/
FOREPERSON OF THE GRAND JURY
Date: March 5, 2025

TIMOTHY COURCHAINE
U.S. Attorney
District of Arizona

REDACTED FOR
PUBLIC DISCLOSURE

/S/
SARAH B. HOUSTON
ADAM D. ROSSI
Assistant U.S. Attorneys